B 21 (Official Form 21) (12/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA

In re  David W White and Kimberley J White, Kimberley J Humphreys, _____  )
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years]  )
)
Debtor  )  Case No. _____
)
Address  1039 N 350 E _____  )  Chapter  7 _____
Chesterton, Indiana 46304 _____  )
)
Last four digits of Social-Security or Individual Tax-Payer-  )
Identification (ITIN) No(s).,(if any): 0288; 5565 _____  )
)
Employer Tax-Identification (EIN) No(s).(if any): _____
)

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))**

1. Name of Debtor (Last, First, Middle): White, David W
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☒ Debtor has a Social-Security Number and it is: 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
        *(If more than one, state all.)*
    ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____
        *(If more than one, state all.)*
    ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): White, Kimberley J
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☒ Joint Debtor has a Social-Security Number and it is: 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
        *(If more than one, state all.)*
    ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN) and it is: _____
        *(If more than one, state all.)*
    ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X  *David W White*  8-6-13
   Signature of Debtor  Date

X  *Kimberly J White*  8/6/13
   Signature of Joint Debtor  Date

---

* *Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.