B 23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA

In re  David W White and Kimberley J White , Kimberley J Humphreys,
_____
                    Debtor

Case No. __13-22863__
Chapter  7 _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, David W White, the debtor in the above-styled case, hereby certify that on ***Debtor fin mgmnt course completion DA***, I completed an instructional course in personal financial management provided by ***Debtor fin mgmnt course provider name TE***, an approved personal financial management provider.

Certificate No. *(if any)*: __14912-INN-DE-02176I396__

☐ I, _____, the debtor in the above-styled case, hereby
     *(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: __David W White__ (signed)
Date:  __9-4-13__

_____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 14912-INN-DE-021761396

Bankruptcy Case Number: 13-22863


14912-INN-DE-021761396

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2013, at 12:19 o'clock AM EDT, David White completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date:   September 4, 2013          By:     /s/Anthony Levato

                                   Name:   Anthony Levato

                                   Title:  Counselor

B 23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA

In re  David W White and Kimberley J White , Kimberley J Humphreys,

                       Debtor

Case No. 13-22863

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, Kimberley J White, the debtor in the above-styled case, hereby certify that on ***Joint debtor fin mgmnt course completion DA***, I completed an instructional course in personal financial management provided by ***Joint debtor fin mgmnt course provider name TE***, an approved personal financial management provider.

Certificate No. *(if any)*: 14912-INN-DE-021761397

☐ I, _____, the debtor in the above-styled case, hereby
      *(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Joint Debtor: *[signature]*

Date: 9-4-13

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 14912-INN-DE-021761397

Bankruptcy Case Number: 13-22863



14912-INN-DE-021761397

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2013, at 12:19 o'clock AM EDT, Kimberley White completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date:   September 4, 2013        By:    /s/Anthony Levato

                                 Name:  Anthony Levato

                                 Title: Counselor