UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE:<br>   WHITE, DAVID W<br>\| WHITE, KIMBERLEY J<br><br>Debtor(s) | )<br>)<br>) CASE NO. 13-22863    -JPK<br>)<br>) Chapter 7 |

# ORDER GRANTING THE EXTENSION OF TIME TO OBJECT TO EXEMPTIONS

David R. DuBois, as Trustee herein, having filed his Motion for Extension of Time to Object to Exemption, the same is now submitted for determination thereon. No request for a hearing on the Trustee's Motion was filed as permitted by the Order and Notice sent by the Court. The Court, having considered the Motion, now finds that the same should be granted and, accordingly, it is now

ORDERED:

That the time for the Trustee to file any objections to the exemptions as claimed by Debtor(s) be and hereby is extended until such time as the Trustee files a Report of No Distribution or his Final Account herein.

Entered: _____

_____
J. Philip Klingeberger
Judge, U.S. Bankruptcy Court