UNITED STATES BANKRUPTCY COURT
Northern District of Indiana
Hammond

In re  David W White and Kimberley J White
Debtor.

Case No. 13-22863-jpk
Chapter 7

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

- ___ Voluntary Petition (Specify reason for amendment) _____
- ___ Summary of Schedules
- ___ Schedule A - Real Property
- **X** Schedule B - Personal Property     *Amendment filed to reflect correct amount in bank
- **X** Schedule C - Property Claimed as Exempt    accounts and exemption thereof
- ___ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ___ Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required
  - ___ Add/change address of already listed creditor - No Fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - Codebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Regarding Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor
- ___ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- ___ Certification of Credit Counseling
- ___ Other: _____

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 9-10-13  /s/ David W White
Debtor

/s/ Kimberley J White
Debtor

B 6B  (Official Form 6B) (12/2007)

In re  **David W White and Kimberley J White,**                                  Case No.  **13-22863-jpk**
                                **Debtor**                                                      **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Horizon Bank Checking Account - Ending 0288 | J | $2,288.62 |
| | | Regional Federal Credit Union - savings 18567 | H | $5.00 |
| | | Regional Federal Credit Union - savings 18547 | W | $8.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods<br>Household Goods | J | $800.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B 6B (Official Form 6B) (12/2007)

In re  David W White and Kimberley J White,                        Case No.    13-22863-jpk
                            **Debtor**                                                                               **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | | Description | | |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **David W White and Kimberley J White,**_____   Case No.   __13-22863-jpk_____
                                  **Debtor**                                                    (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Chevrolet Silverado | J | $2,500.00 |
| | | 1996 Oldsmobile Bonneville | J | $400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies.. | | Office Supplies, Equipment, & Furnishings<br>Office Supplies, Equipment, & Furnishings | W | $273.00 |
| **Notes:** 1. HP Officejet 4500 fax machine $30.00<br>2. Brother HL2240 printer $25.00<br>3. Laptop – Toshiba Satellite L775D  $111.50<br>4. AT&T Dect 6.0 phone$ 12.00<br>5. Desk - 20 years old           $ 25.00<br>6. 3 steel filing cabinets – over 30 yrs old         $ 60.00<br>7. Chair – poor shape            $ 10.00<br>Total       $273.00 | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

          __2__ continuation sheets attached    Total ▶        $6,275.51
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re  David W White and Kimberley J White,                    Case No.  13-22863-jpk
                                            Debtor                                                            (If known)

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1039 N 350 E  Chesterton, IN 46304   Porter County | Ind. Code § 34-55-10-2(c)(5) | $36,200.00 | $70,000.00 |
|  | Ind. Code § 34-55-10-2(c)(2) | $9,350.00 |  |
|  | Ind. Code § 34-55-10-2(c)(2) | $5,600.00 |  |
| 2001 Chevrolet Silverado | Ind. Code § 34-55-10-2(c)(2) | $2,500.00 | $2,500.00 |
| 1996 Oldsmobile Bonneville | Ind. Code § 34-55-10-2(c)(2) | $400.00 | $400.00 |
| Household Goods | Ind. Code § 34-55-10-2(c)(2) | $800.00 | $800.00 |
| Horizon Bank Checking Account 0288 | Ind. Code § 34-55-10-2(c)(3) | $686.11 | $2,288.62 |
| Regional Federal Credit Union - savings 18567 | Ind. Code § 34-55-10-2(c)(3) | $5.00 | $5.00 |
| Regional Federal Credit Union - savings 18547 | Ind. Code § 34-55-10-2(c)(3) | $8.89 | $8.89 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*