UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE: )
  DAVID  WHITE
| KIMBERLEY  WHITE ) CASE NO. 13-22863
Debtor(s)   ) Chapter 7

# PRELIMINARY INVENTORY, REPORT RE: DEPOSIT AND REQUEST FOR NOTICE TO CREDITORS

Comes now David R. DuBois, Trustee, and respectfully represents and shows:

1. I am the Trustee for the above Debtor(s), having been appointed on 08/07/13.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by Debtor(s) and would adopt the same as my preliminary inventory.

3. As required by Bankruptcy Rule 5008(b), I would report that all monies will be deposited in a certain checking account in Rabobank.

4. Pursuant to Bankruptcy Rule 3002(c)(5), I would now request that the Clerk notify creditors that a payment of dividend appears possible in this matter.

Dated at Portage, Indiana on November 26, 2013.

/s/ David R. DuBois
David R. DuBois, Trustee
6226 Central Avenue, P.O. Box 14
Portage, IN 46368-0014
Telephone: (219)762-5574

**CERTIFICATE OF SERVICE**

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
  United States Trustee, ustpregion10.so.ecf@usdoj.gov

Dated at Portage, IN on November 26, 2013.

/s/ David R. DuBois
David R. DuBois, Trustee