**Wolters Kluwer** — Corporate Legal Services

CT Corporation

150 West Market Street
Suite 800
Indianapolis, IN 46204

800 592 9023 toll free
www.ctcorporation.com



FILED
2013 DEC -9 PM 3:31
CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

December 05, 2013

BAE Systems
2525 Network Place 3rd Floor,
Herndon, VA 20171-3514

Re: David W White (XXX-XX-0288) and Kimberley J White, etc. (XXX-XX-5565), Debtors // To: Unidentified Entity

Case No. 1322863JPK

Dear Sir/Madam:

C T Corporation System received the enclosed documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


C T Corporation System

Log# 523998360

Sent By Regular Mail

cc: Northern District of Indiana - U.S. Bankruptcy Court - Hammond Division
    5400 Federal Plaza,
    Hammond, IN 46320


(Returned To)

BAE Systems
2525 Network Place 3rd Floor,
Herndon, VA 20171-3514