IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN THE MATTER OF: | CASE NO. 13-22863 |
|---|---|
| David & Kimberly White | CHAPTER 7 |
| Debtor(s). | |

## NOTICE OF WITHDRAWAL OF CLAIM

Comes now Creditor, Indiana Department of Revenue (IDR), and hereby files a Notice of Withdrawal of Proof of Claim Number 2 . Pursuant to Bankruptcy Rule 3006, the Proof of Claim referenced previously in this document is hereby withdrawn.

By: /s/Ava G. Allison, Tax Analyst

Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, MS, 240
Indianapolis, IN 46204
Phone:317-232-3275
E-mail avallison@dor.in.gov

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on the 16TH day of March, 2015

**United States Trustee**
**One Michiana Square**
**5th Floor**
**100 East Wayne Street**
**South Bend, IN 46601**

**Attorney for Debtor**
**Blake Nathaniel Dahl**
**1039 N 350 E**
**Chesterton, IN 46304**

**Chapter 7 Trustee**
**David R. DuBois**
**P.O.Box 14**
**Portage, IN 46368**

**Taxpayer**
**David & Kimberly White**
**1039 N 350 E**
**Chesterton, IN 46304**

Indiana Department of Revenue
100 N. Senate Ave. Rm N240
Indianapolis, Indiana 46204

Telephone: (317) 232 - 2289
Facsimile: (317) 233 - 3064

**/s/Ava Allison**
Ava G. Allison
Tax Analyst, Bankruptcy Section
Indiana Department of Revenue

(317) 232-3275
avallison@dor.in.gov